

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re MOTIONPOINT CORPORATION, Petitioner.**

**Misc. No. 133.**

United States Court of Appeals, Federal Circuit.

Nov. 28, 2012.

**ON PETITION**

**ORDER**

Upon consideration of MotionPoint Corporation's unopposed motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion to withdraw the petition is granted and the petition is dismissed.